IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ERIC WENDRING**                                                                                          **PETITIONER**
Reg #76624-509

v.                                          Case No: 4:25-cv-00106-LPR

**CRAIG STALHOOD,**
*Acting Warden, FCI Forrest City*                                                      **RESPONDENT**

## ORDER

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Edie R. Ervin (Doc. 11) and the Petitioner's Objections (Doc. 14). After a *de novo* review of the RD, along with careful consideration of the Objections and the entire case record, the Court hereby approves and adopts the RD in its entirety as this Court's findings and conclusions in all respects.[1]

Accordingly, the Petition for Writ of Habeas Corpus (Doc. 1) is DENIED, and this case is DISMISSED without prejudice. The Clerk is instructed to close this case.

IT IS SO ORDERED this 10th day of June 2025.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] The question whether to excuse the failure to exhaust is a close one here. But, ultimately, it will make no practical difference. For the reasons set out in the Government's brief (Doc. 7) and in Footnote 6 of the RD, Mr. Wendring is not entitled to the relief he seeks.