# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**ERIC WENDRING**  **PETITIONER**
Reg #76624-509

**v.**  Case No: 4:25-cv-00106-LPR

**CRAIG STALHOOD,**
*Acting Warden, FCI Forrest City*  **RESPONDENT**

## JUDGMENT

Consistent with the Order entered today, it is CONSIDERED, ORDERED, and ADJUDGED that the Petition for Writ of Habeas Corpus is DENIED, and this case is DISMISSED without prejudice.

IT IS SO ADJUDGED this 10th day of June 2025.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE